13 So.2d 61

**James McQUEEN (alias Highpockets) v. STATE.**

**4 Div. 291.**

Supreme Court of Alabama.

April 15, 1943.

E. O. Baldwin, of Andalusia, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and John J. Haynes, Asst. Atty. Gen., opposed.

THOMAS, Justice.

Petition of James McQueen for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of McQueen v. State, Ala.App., 13 So.2d 59.

Writ denied.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.